```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

   APR 0 6 2006

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY                   DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America | CR06-0362 PHX EHC (LOA) |
|---|---|
| Plaintiff, | |
| v. | **INDICTMENT** |
| Jerry Corrigan, | VIO: 18 U.S.C. §§ 1152, 1363, 7 and 13 (CIR - Injuring Property Within Territorial Jurisdiction of the United States) Count 1 |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

On or about October 27, 2005, in the District of Arizona, within the confines of the Fort McDowell-Yavapai Indian Reservation, Indian Country, JERRY CORRIGAN, willfully and maliciously injured, and attempted to injure, a slot machine, which was the personal property of the Fort McDowell Casino.

In violation of Title 18, United States Code, Sections 1152, 1363, 7 and 13.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: April 6, 2006

PAUL K. CHARLTON
United States Attorney
District of Arizona

s/
CHARLES F. HYDER
Assistant U.S. Attorney